# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2779

_____

| | | |
|---|---|---|
| Vishnue L. Jennings, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the District |
| | * | of Nebraska. |
| Kellogg USA, Inc.; American | * | |
| Federation of Grain Millers, Local | * | [UNPUBLISHED] |
| #50, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: June 7, 2001

Filed: June 12, 2001

_____

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG,
Circuit Judges.

_____

PER CURIAM.

Vishnue L. Jennings appeals the district court's adverse grant of summary judgment in Jennings's employment discrimination action. After de novo review of the record and a thorough review of the parties' submissions, see LaCroix v. Sears, Roebuck, & Co., 240 F.3d 688, 690 (8th Cir. 2001) (standard of review), we conclude summary judgment for defendants was appropriate. Accordingly, we affirm for the reasons stated in the district court's opinion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.